UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICOLE HARRIS, Individually
and as Next Friend of K.D.,
a Minor,

          Plaintiffs,

v.

WAL-MART STORES, INC.,
a Foreign corporation individually,

WAL-MART STORES EAST, LIMITED
PARTNERSHIP, a Foreign Limited Partnership,

          Defendants.

Case No. 18-cv-13124-GAD-RSW

HON.

| | |
|---|---|
| BRIAN L. FANTICH (P60935)<br>ROBERT BACHTEAL (P32493)<br>CARRA J. STOLLER (P64540)<br>LAW OFFICE OF KELMAN & FANTICH<br>Attorneys for Plaintiffs<br>30903 Northwestern Highway #270<br>Farmington Hills, MI  48334<br>(248) 855-0100 / Fax: (248) 855-3557<br>kelmanandassociates@yahoo.com | NICOLE M. WRIGHT (P63513)<br>ZAUSMER AUGUST & CALDWELL P.C.<br>Attorneys for Defendant<br>32255 Northwestern Highway, Suite 225<br>Farmington Hills, MI  48334<br>(248) 851-4111  Fax: (248) 851-0100<br>nwright@zacfirm.com |

## JOINT ORDER REMANDING CASE TO STATE COURT

     This matter having come before this Honorable Court pursuant to the stipulation of the parties; the parties herein have agreed to remand the case to State

{01959286}

Court given developments surrounding Plaintiff's alleged damage claim, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that this case is remanded to the Wayne County Circuit Court for further proceedings.

IT IS FURTHER ORDERED that no fees or costs be assessed to either party.

Dated: November 1, 2018

          s/Gershwin A. Drain
          HON. GERSHWIN A. DRAIN
          United States District Court Judge

We consent to entry of the above Order:

*/s/Brian L. Fantich*
BRIAN L. FANTICH (P60935)
Attorney for Plaintiff

*/s/ Nicole M. Wright*
NICOLE M. WRIGHT (P63513)
Attorney for Defendant

{01959286}       2